IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MARY MACKRIDES                   : CIVIL ACTION
                                 :
     vs.                         :
                                 : NO. 11-CV-6540
MARSHALLS, MARMAXX OPERATING     :
CORP., and THE TJX COMPANIES,    :
INC.                             :
```

**ORDER**

    AND NOW, this    23rd    day of April, 2013, upon consideration of Plaintiff's Motion to Enforce the Settlement and Defendants' Response thereto, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

    IT IS FURTHER ORDERED that the parties show cause, if any they have within twenty (20) days of the entry date of this Order, why this matter should not be immediately listed for jury trial on the first date available on the calendar of the undersigned.

    IT IS STILL FURTHER ORDERED that Defendants show cause, if any they have within twenty (20) days of the entry date of this Order, why appropriate trial sanctions such as are and/or may be available under Fed. R. Civ. P. Nos. 11 and 37 for their failure to provide Plaintiff with a proposed written release and/or

settlement agreement for more than seven (7)months.

                                        BY THE COURT:

                                        <u>s/J. Curtis Joyner</u>
                                        J. CURTIS JOYNER,    C.J.